```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                                                     2:13-cr-146

Arthur R. Brown

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 26) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: July 23, 2013                                s\James L. Graham
                                                        James L. Graham
                                                        United States District Judge